UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY DAVID HILL, et al.,

        Plaintiffs,              Civil Action No. 14-12840
                                            Honorable Denise Page Hood
and                                                Magistrate Judge David R. Grand

CARDINAL REFERRAL
NETWORK, LLC, TBI VILLAS
OF TROY, LLC and TBI
MANAGEMENT, LLC

        Intervening Plaintiffs,

v.

TRAVELERS CASUALTY
AND SURETY COMPANY,

        Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL [20]

On December 22, 2015, the Court conducted a teleconference with respect to defendant Travelers Casualty and Surety Company's ("Travelers") unopposed motion to compel responses to request to produce documents and things from plaintiffs Jerry David Hill and his legal guardian, John Yun (collectively, "Hill"). [20].[1]  Counsel agreed to resolve the matter by allowing Hill 28 days to provide the requested discovery.  Accordingly,

**IT IS ORDERED** that Travelers's motion to compel responses to request to produce documents and things **[20]** is **GRANTED**, and Hill shall have **28 days** from the date of this Order to make such production.

**IT IS FURTHER ORDERED** that, on or before **January 8, 2015**, Hill's counsel shall

---

[1] The motion did not involve the intervening plaintiffs, who elected not to participate in the call.

contact Travelers's counsel to discuss in good faith the issues raised by Travelers during the teleconference.

Dated: December 23, 2015               s/David R. Grand
Ann Arbor, Michigan                    DAVID R. GRAND
                                       United States Magistrate Judge

### NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 23, 2015.

                                       s/William Barkholz for Eddrey O. Butts
                                       EDDREY O. BUTTS
                                       Case Manager